IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Ocean Semiconductor LLC,<br><br>          Plaintiff<br><br>v.<br><br>MediaTek Inc. and MediaTek USA Inc. ("MediaTek"),<br><br>          Defendants. | Civil Action No.: 6:20-cv-1210<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

## CASE READINESS STATUS REPORT

Plaintiff Ocean Semiconductor LLC ("Ocean") and Defendants MediaTek Inc. and MediaTek USA Inc. ("MediaTek") hereby provide the following status report in advance of the initial Case Management Conference (CMC).

### FILING AND EXTENSIONS

Plaintiff's Complaint (Dkt. 1) was filed on December 31, 2020. There has been one extension for a total of ninety days.

### RESPONSE TO THE COMPLAINT

MediaTek responded to the Complaint with its Motion To Dismiss Claims For Infringement Of The '248, '305, '402, And '538 Patents Under 35 U.S.C. § 271(G) ("Motion to Dismiss") (Dkt. 13) and an Answer and Counterclaims (Dkt. 14) on March 12, 2021. Ocean filed its Answer to Defendants' Counterclaims (Dkt. 16) on April 29, 2021.

### PENDING MOTIONS

Currently pending before this Court is MediaTek's Motion to Dismiss (Dkt. 13).

## RELATED CASES IN THIS JUDICIAL DISTRICT

1. *Ocean Semiconductor LLC v. NVIDIA Corporaton*, Civil Action No.: 6:20-cv-1211-ADA (W.D. Tex.)

2. *Ocean Semiconductor LLC v. NXP Semiconductors N.V., NXP B.V. and NXP USA, Inc.*, Civil Action No.: 6:20-cv-1212-ADA (W.D. Tex.)

3. *Ocean Semiconductor LLC v. Renesas Electronics Corporation and Renesas Electronics America, Inc.*, Civil Action No.: 6:20-cv-1213-ADA (W.D. Tex.)

4. *Ocean Semiconductor LLC v. Silicon Laboratories Inc.*, Civil Action No.: 6:20-cv-1214-ADA (W.D. Tex.)

5. *Ocean Semiconductor LLC v. STMicroelectronics, Inc.*, Civil Action No.: 6:20-cv-1215-ADA (W.D. Tex.)

6. *Ocean Semiconductor LLC v. Western Digital Technologies, Inc.*, Civil Action No.: 6:20-cv-1216-ADA (W.D. Tex.)

## IPR, CBM, AND OTHER PGR FILINGS

Defendant Western Digital Technologies ("WDT") in *Ocean Semiconductor LLC v. Western Digital Technologies* (Civil Action No.: 6:20-cv-1216-ADA) has filed an *inter partes review* petition (IPR2021-00864) on April 29, 2021, challenging the validity of one of eight patents asserted against WDT, U.S. Patent No. 6,660,651.  That patent has also been asserted in this action.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

In the Complaint, Plaintiff has identified seven patents and a total of seven claims as being infringed by MediaTek.  Plaintiff will set forth all asserted patents and claims in its preliminary infringement contentions.

## APPOINTMENT OF TECHNICAL ADVISER

Plaintiff does not intend to request, nor anticipates a need for, a technical adviser at this juncture. MediaTek believes that the Court's appointment of a technical adviser will be useful in this case.

## MEET AND CONFER STATUS

Plaintiff and Defendants met and conferred.

MediaTek intends to move for an intra-district transfer to the Austin Division. Otherwise, the parties have no pre-Markman issues to raise at the case management conference other than those already identified in the pending motion (Dkt. 13).

Dated: May 4, 2021

Respectfully Submitted,

/s/     Alex Chan
Timothy Devlin
tdevlin@devlinlawfirm.com
Henrik D. Parker
hparker@devlinlawfirm.com
Alex Chan
State Bar No. 24108051
achan@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff,
Ocean Semiconductor LLC*

/s/ Stephanie Sivinski
David H. Harper
Texas Bar No. 09025540
david.harper@haynesboone.com
Stephanie Sivinski
Texas Bar No. 24075080
stephanie.sivinski@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
(214) 651-5000 (telephone)
(214) 200-0615 (fax)

COUNSEL FOR DEFENDANTS MEDIATEK INC. AND MEDIATEK USA INC..

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2021, a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's CM/ECF system.

/s/ Alex Chan
Alex Chan