**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| OCEAN SEMICONDUCTOR LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MEDIATEK INC. AND MEDIATEK USA INC. ("MEDIATEK"),<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 6:20-cv-1210 |

**SABRINA SU'S DECLARATION IN SUPPORT OF MEDIATEK INC.'S AND MEDIATEK USA INC.'S**
**MOTION FOR INTRA DISTRICT TRANSFER OF VENUE**

I, Sabrina Su, declare and state as follows:

1. I am employed as the Director of Finance for MediaTek USA Inc. ("MUSA"). I am based in San Jose, California. I have held this position for over a decade and have been employed by MUSA for more than thirteen years. I am familiar with MUSA's operations, including in Austin, Texas.

2. I submit this declaration in support of MediaTek Inc. ("MediaTek") and MUSA's Motion for Intra-District Transfer of Venue in the above-captioned lawsuit. Unless otherwise indicated below, the statements in this declaration are based on my personal knowledge, investigation, or corporate records maintained by MediaTek and MUSA in the ordinary course of business.

3. I have been informed that Ocean Semiconductor LLC has filed this lawsuit in the Western District of Texas, Waco Division. I further am informed and understand that the Waco Division of the Western District of Texas includes the following counties: Bell, Bosque, Coryell, Falls, Freestone, Hamilton, Hill, Leon, Limestone, McLennan, Milam, Robertson, and Somervell.

4. MediaTek is a Taiwanese corporation headquartered in Hsinchu, Taiwan. As of April 30, 2021, the latest date upon which data was available, MediaTek employed more than 14,000 people world-wide.

5. Documents regarding MediaTek's relationship with fabrication plants, for example Taiwan Semiconductor Manufacturing Company ("TSMC") and United Microelectronics Corporation ("UMC"), and financial records on the revenue of the Accused Products are located in MediaTek's headquarter in Taiwan.

6. MUSA is a wholly owned U.S. subsidiary of MediaTek. MUSA maintains an

office at 5914 W. Courtyard Dr. Austin, Texas 78730. MUSA does not maintain any location or facilities in the Waco Division of the Western District of Texas.

7. MediaTek acquired the wireless business unit of Analog Devices Inc. ("ADI") in 2007 and as a result took over several of ADI's US offices, including the Austin office. MediaTek formed a new company, MediaTek Wireless Inc., to operate the newly-acquired U.S. offices. In 2013, MUSA merged with MediaTek Wireless Inc. and since that time has been the only MediaTek subsidiary in the U.S.

8. Currently MUSA has over 50 employees working in Austin. Most of these employees are Research and Development engineers. In particular, the Austin office mainly focuses on research and development relating to RF, computing, and artificial intelligence functions. There are only three employees in Austin who do not focus on Research and Development—one is has an administrative role and two perform IT functions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on August 20, 2021

Sabrina Su
Director of Finance
MediaTek USA Inc.